TROY LEE HARMS V STATE OF TEXAS



 NO. 07-02-0245-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



AUGUST 20, 2002


______________________________



ROBERT JESSE ARREDONDO




 Appellant


v.



THE STATE OF TEXAS, 




 Appellee

_________________________________


 

FROM THE 242ND DISTRICT COURT OF HALE COUNTY;



NO. B13729-0005; HON. ED SELF, PRESIDING


_______________________________



ORDER ON APPELLANT'S MOTION TO DISMISS APPEAL


_______________________________



Before BOYD, C.J., QUINN and REAVIS, JJ.

 Robert Jesse Arredondo, appellant, has moved to withdraw his notice of appeal and
dismiss the appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. 
Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of
Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at
appellant's personal request, no motion for rehearing will be entertained, and our mandate
will issue forthwith. Brian Quinn

 Justice

 

 Do not publish.